UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT V. McLENNAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-0531-G (BF) |
| ONCOR ELECTRIC DELIVERY | ) | |
| COMPANY LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of the United States Magistrate Judge. Objections were filed. The district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled.

Accordingly, the motion to dismiss pursuant to Rule 12(b)(6) of Kerri Veitch ("Veitch"), Larry Garrett ("Garrett"), Larry Davis ("Davis"), Randle Efflandt ("Efflandt"), Reggie Bonner ("Bonner") and Kelly McNair ("McNair") (collectively

referred to as "Individual Defendants") (docket entry 12) is hereby **GRANTED** and plaintiff's claims against individual defendants are **DISMISSED** with prejudice.

      SO ORDERED.

July 30, 2012.

                                                   _____
                                                   A. JOE FISH
                                                   **Senior United States District Judge**