UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT V. McLENNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:12-CV-0531-G (BF) |
| ONCOR ELECTRIC DELIVERY ) | |
| COMPANY, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, plaintiff's claims against defendant KKR & Company, LP ("KKR") are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 4(m). The clerk of court is instructed to **TERMINATE KKR** from this lawsuit.

**SO ORDERED**.

October 4, 2013.

_____
A. JOE FISH
**Senior United States District Judge**