UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT V. McLENNAN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:12-CV-0531-G (BF) |
| ONCOR ELECTRIC DELIVERY ) | |
| COMPANY, LLC, ) | |
| ) | |
|     Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Paul D. Stickney. Objections were filed. The district court has made a *de novo* review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled.

It is therefore **ORDERED** that defendant Oncor Electric Delivery Company, LLC's motion for summary judgment (docket entry 50) is **GRANTED**.

September 5, 2014.

                                                                            _____
                                                                            A. JOE FISH
                                                                            **Senior United States District Judge**